No. 417. JONES ET AL. *v.* WATTS, DISTRICT CLERK, ET AL. December 18, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

*Mr. Robert L. Cole, Sr.* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Shea* for respondents.